UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO: 22-66 |
| KIRILL KOMPANIETS | SECTION: G |

### ORDER TO SURRENDER

**IT IS HEREBY ORDERED** that the defendant, **Kirill Kompaniets**, having been sentenced in the above case to the custody of the Bureau of Prisons, is hereby ordered to surrender to the designated institution before **Noon** on or before **September 13, 2022**.

**IT IS FURTHER ORDERED** that the Probation Officer of this Court advise the defendant of the name and location of the institution in which he is to serve his sentence within a reasonable period of time prior to the time and date that he is to report to the institution.

**IT IS FURTHER ORDERED** that if defendant fails to report as directed in this order he may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine, or both.

New Orleans, Louisiana, this 30 day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE

Distribution:
    Original - Clerk's Office
    1 Certified Copy - United States Attorney's Office
    1 Certified Copy - United States Marshal's Office
    2 Certified Copies - United States Probation Office

Acknowledgment:
I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine, or both.

_____          _____
Attorney/Witness                                                        Defendant